# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tanya J. McCloskey, Acting       :
Consumer Advocate,            :
                  Petitioner    :
                          :
           v.             :
                          :
Pennsylvania Public Utility Commission,  :      No. 1183 C.D. 2018
             Respondent   :

## O R D E R

AND NOW, this 4th day of October, 2019, upon consideration of the Petitioner's Application to Report Unreported Opinion (Application), and the Answer of Respondent in opposition thereto, the Application is hereby GRANTED and it is ORDERED that the above-captioned opinion filed July 11, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge